# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Billy McCrory <br> *Plaintiff(s)* <br> v. <br> Syngenta AG, et al. <br> *Defendant(s)* | ) <br> ) <br> ) Case Number: 3:24-pq-02278 <br> ) <br> ) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Billy McCrory

DATED: October 3, 2024

/s/A. Layne Stackhouse
Signature

A. Layne Stackhouse
Name

9 Greenway Plaza, Suite 2300
Address

(713) 782-0000
Phone Number

(713) 571-9605
Fax Number

layne@shraderlaw.com
E-Mail Address

Rev. 2/11