# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:24-pq-2278-NJR <br><br> MDL No. 3004 |
| **This Document Relates to:** <br><br> BILLY MCCRORY, <br><br>  Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, LLC.; and SYNGENTA AG ; <br><br>  Defendants. | |

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17, Alex Barlow of Scott + Scott Attorneys at Law, LLP requests to be withdrawn as counsel for Plaintiff in this action.

A. Layne Stackhouse of Shrader & Associates, LLP has entered her appearance in this matter as counsel for Plaintiff and will continue to represent the Plaintiff. There will be no prejudice to Plaintiff as he is adequately represented by counsel.

WHEREFORE, Plaintiff respectfully requests and Order withdrawing Alex Barlow of Scott + Scott Attorneys at Law, LLP as counsel for Plaintiff and substituting A. Layne Stackhouse of Shrader & Associates, LLP as counsel for Plaintiff in this matter. A Proposed Order is attached hereto.

Dated: October 4, 2024

**Respectfully submitted,**

**SCOTT + SCOTT ATTORNEYS AT LAW, LLP**

/s/ *Alex Barlow*
Alex Barlow
**SCOTT + SCOTT ATTORNEYS AT LAW, LLP**

MS ID No: 100285
7718 Wood Hollow Drive
Suite 105
Austin, TX 78731
T: 512-337-8430
F: 512-727-3432
abarlow@scott-scott.com

**SHRADER & ASSOCIATES, LLP**

*/s/A. Layne Stackhouse*
A. LAYNE STACKHOUSE
Kentucky State Bar #94038 (admitted *pro hac vice*)
layne@shraderlaw.com
**SHRADER & ASSOCIATES, LLP**
9 Greenway Plaza, Suite 2300
Houston, TX 77046
Telephone: (713) 782-0000
Facsimile: (713) 571-9605

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*